UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CR-24-516-R |
| | ) |
| JENNIFER BAXTER, | ) |
| ALESHA INGRAM, | ) |
| PAULA KELLEY, | ) |
| VINCENT MATTHEWS, | ) |
| MELISSA MELTON, and | ) |
| LYNNSEE NOEL, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the Court is Defendants' Joint Unopposed Motion for Continuance of Trial Date and Deadline for Pretrial Motions [Doc. No. 110]. The United States does not object the requested continuance of the trial date or extension of deadline to file pretrial motions.

After consideration of the Tenth Circuit's rulings in *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009); *United States v. Larson*, 627 F.3d 1198 (10th Cir. 2010); and the parameters of the Speedy Trial Act, the Court finds that a continuance is in the interest of justice for the following reasons:

1. A continuance is necessary for completion of pretrial matters.

2. In light of the circumstances discussed in the motion, as well as the complexity of the case as set out in the Court's Order of February 6, 2025 [Doc. No. 104], the Court concludes that the current trial date does not permit adequate time for either party to effectively prepare for trial.

3. The best interests of the public and the Defendants in a speedy trial are outweighed by need for a continuance for additional time for pretrial preparation, including the review of additional discovery. Further, the Court notes that counsel for the United States does not object to this requested continuance. In making these findings, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B) and has concluded that a continuance to the Court's February 2026 trial docket is fully consistent with the statutory policies. Therefore, the period of delay caused by continuing this case shall be excluded for purposes of the Speedy Trial Act.

Accordingly, the Court GRANTS the Defendants' Joint Unopposed Motion for Continuance of Trial Date; STRIKES this case from the Court's May 2025 trial setting; and RESETS this case on the Court's February 2026 trial docket.

IT IS SO ORDERED this 7th day of April 2025.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE